IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LYNCH | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File No. |
| vs. | ) | 1:14-cv-03811-AT-GGB |
| | ) | |
| CAVALRY SPV LLC | ) | |
| FREDERICK J HANNAH & ASSOCIATES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CAVALRY SPV I, LLC CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Cavalry SPV I, LLC Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and LR 3.3, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    Plaintiff    Frederick Lynch

    B.    Defendant    Cavalry SPV I, LLC, misidentified in the Complaint as "Cavalry SPV LLC")

    C.    Defendant    "Frederick J Hannah & Associates"

**(2)** The undersigned further certifies that the following is a full and complete

list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None.

 **(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

    A.    For *Pro Se* Plaintiff –

        a. Frederick Lynch. 2548 Kelly Lake Dr. Decatur, Georgia 30032. Telephone: (404) 325-8800. E-mail: jusreggie2@bellsouth.net

    B.    For Defendant –

        a. Jonathan K. Aust. Bedard Law Group, PC. 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871, ext. 203. Facsimile: (678) 253-1873. E-mail: jaust@bedardlawgroup.com

        b. John H. Bedard, Jr. Bedard Law Group, PC. 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871, ext. 244. Facsimile: (678) 253-1873. E-mail: jbedard@bedardlawgroup.com

Respectfully submitted this 3rd day of December, 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LYNCH             )<br>                                              )<br>     Plaintiffs,                       )<br>vs.                                          )<br>                                              )<br>CAVALRY SPV LLC         )<br>FREDERICK J HANNAH & ASSOCIATES)<br>                                              )<br>     Defendants.                    )<br>_____) | Civil Action File No.<br>1:14-cv-03811-AT-GGB |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant Cavalry SPV I, LLC's Certificate of Interested Person and Corporate Disclosure Statement by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Frederick Lynch
2548 Kelly Lake Dr.
Decatur, Georgia 30032

Frederick J. Hanna & Associates, P.C.
Attn: Scott Groghan
2253 Northwest Parkway
Marietta, Georgia 30067

Respectfully submitted this 3rd day of December, 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473